Dismissed and Memorandum Opinion filed September 18, 2003









Dismissed and Memorandum Opinion filed September 18,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00904-CR

____________

 

CLARENCE WILLIAM BURTON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 248th District Court

Harris County, Texas

Trial Court Cause No. 943,683

 



 

M
E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of aggravated
assault causing serious bodily injury. 
In accordance with the terms of a plea bargain agreement with the State,
on July 9, 2003, the trial court sentenced appellant to confinement for eight
years in the Institutional Division of the Texas Department of Criminal
Justice.  Appellant filed a pro se notice
of appeal.  Because appellant has no
right to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Opinion
filed September 18, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).